1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PRICE McCOWAN, | No.  2:14-cv-2261-EFB P |
| Petitioner, | |
| v. | ORDER |
| BOARD OF PAROLE HEARINGS, et al., | |
| Respondents. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Though not entirely clear, petitioner appears to challenge, through his petition, a 1984 conviction and sentence imposed by the Los Angeles County Superior Court, as well as a decision by the Board of Parole Hearings to deny him parole.  Petitioner is currently confined to Salinas Valley State Prison in Monterey County.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of confinement and the district of conviction have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  In this case, it appears that witnesses and evidence necessary for the resolution of petitioner's application may be more readily available in the county of conviction.  *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n. 15 (1973).

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the Western Division of the United States District Court for the Central District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: October 14, 2014.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE