O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-12-14

_____
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PRICE McCOWAN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>BOARD OF PAROLE HEARINGS, et al.,<br><br>　　　　Respondent. | Case No. CV 14-8112-CAS (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered (1) summarily dismissing Ground 1 of the Petition for lack of subject matter jurisdiction; and (2) summarily dismissing Ground 2 of the Petition without prejudice to any relief to which petitioner may be entitled as a member of the <u>Gilman</u> class.

DATED: December 9, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE