I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-12-14

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PRICE McCOWAN, | Case No. CV 14-8112-CAS (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| BOARD OF PAROLE HEARINGS, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (1) Ground 1 of the Petition is dismissed for lack of subject matter jurisdiction; and (2) Ground 2 of the Petition is dismissed without prejudice to any relief to which petitioner may be entitled as a member of the <u>Gilman</u> class.

DATED: December 9, 2014

_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE